AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | Case: 1:13-cr-00200 |
| v. | ) | Assigned To : Roberts, Richard W. |
| JONATHAN MARSHALL | ) | Assign. Date : 7/11/2013 |
| DOB: | ) | Description: INDICTMENT (B) |
| | ) | Case Related To: 13-cr-102 (RWR) |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JONATHAN MARSHALL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Heroin, Cocaine Base, Cocaine Hydrochloride, Phencyclidine, 3,4-Methylenedioxymethamphetamine, and Marijuana); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Heroin); 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); 18 U.S.C. § 2 (Aiding and Abetting); and

FORFEITURE: 21 U.S.C. § 853(a), (p), and 18 U.S.C. § 982(a)(1)

Date: 07/11/2013

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.     DEBORAH A. ROBINSON, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07-12-13, and the person was arrested on *(date)* 10-15-13
at *(city and state)* Washington DC

Date: 10-15-13

*Arresting officer's signature*

Adewale Mustapha
*Printed name and title*