UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
     v.                                     )     CRIMINAL ACTION
                                            )
JONATHAN WAYLAND MARSHALL                   )     NO. 1:13-CR-200-14 (RWR)
_____ )

## NOTICE OF APPEAL

NOW COMES Defendant JONATHAN WAYLAND MARSHALL, by and through undersigned counsel, and hereby gives notice of his appeal from the judgment entered by this Court, as codified in its Judgment & Commitment Order filed on or about September 4, 2014.

This 5th day of September, 2014.

                                    Respectfully submitted,

                                     /s/ Gregory S. Smith_____
                                    Gregory S. Smith
                                    D.C. Bar No. 472802
                                    Law Offices of Gregory S. Smith
                                    913 East Capitol Street, S.E.
                                    Washington, D.C. 20003
                                    (202) 460-3381


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF APPEAL is being served upon counsel for the United States, Assistant United States Attorney Kenneth Whitted, through this Court's Electronic Case Filing (ECF) system.

This 5th day of September, 2014.

                                     /s/ Gregory S. Smith_____
                                    Gregory S. Smith